Decided February 10, 1995

AGNES-SUE ASSOCIATES ET AL. *v.* NICHOLAS L. CERINO

The plaintiffs' petition for certification for appeal from the Appellate Court, 36 Conn. App. 938 (AC 13038), is denied.

*Richard L. Albrecht,* in support of the petition.

*James G. Green, Jr.,* and *Thomas J. Rechen,* in opposition.

Decided February 10, 1995